UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Dkt. 3:08cr73-001/RV |
| | ) | |
| ANTOINE L. WILKERSON | ) | |

## ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on June 21, 2011; there appearing Assistant U.S. Attorney Benjamin Beard; and the defendant, Antoine L. Wilkerson; appearing in person and his counsel, Thomas S. Keith, Esquire; and after receiving testimony, the Court did find the defendant in violation of supervised release. The Court orders the defendant be restored to supervision with the following modifications:

- The defendant shall participate in a program of mental health treatment to include anger management counseling.

- The defendant shall report to the U.S. Probation Office at least once per week until gainfully employed.

DONE AND ORDERED in Open Court at Pensacola, Florida, this 21th day of June, 2011.

The Honorable Roger Vinson
Senior U.S. District Judge

Date Signed: 6/22/11

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

11 JUN 22 AM 11: 34

RECEIVED